STATE OF NORTH CAROLINA         IN THE GENERAL COURT OF JUSTICE
                                                     SUPERIOR COURT DIVISION
COUNTY OF WATAUGA                    FILE No. 2022-CvS-599

Eric Karchmer )
)
        Petitioner-Plaintiff ) **AGENCY RECORD**
V. )
)
Appalachian State University and Sheri )
Everts, Chancellor of Appalachian State )
University in her official capacity. )
)
        Defendants )
)

## INDEX

Civil Summons (Filed 07 December 2022) .......................................................................1
Petition for Judicial Review and Complaint (Filed 07 December 2022).......................... 3
Appalachian State University Official Record
    A.    Records Affidavit.................................................................................21
    B.    Institutional Policies and Procedures
            B-1.    Section 604 of *The Code* of the Board of Governors of the
                    University of North Carolina...........................................................26
            B-2.    Appalachian State University Faculty Handbook, Chapter III
                    (Faculty Rights and Responsibilities) and Chapter IV (Selected
                    Regulations Applicable to Academic Administration and Faculty
                    Employment) ........................................................................... 35
            B-3.    Appalachian State University Faculty Grievance Hearing
                    Committee Procedures, June 2020...............................................100
    C.    Procedural History
            C-1.    05 March 2020 letter from Interim Provost and Executive Vice
                    Chancellor, Heather Hulburt Norris ........................................104
            C-2.    13 March 2020 letter from Dean, Neva Specht to Plaintiff....... 105
            C-3.    08 April 2020 letter from Dean, Neva Specht to Plaintiff ........106
            C-4.    19 May 2020 letter from Interim Provost and Executive Vice
                    Chancellor, Heather Hulburt Norris to Plaintiff.....................107
    D.    Plaintiff's Written Grievance
            D-1.    Plaintiff's Written Petition for Grievance Hearing (dated 1 June
                    2020) ....................................................................................108
    E.    Appalachian State University Exhibits submitted at Grievance Hearing......... 110
    F.    Transcript of Hearing before Appalachian State University Faculty Grievance
        Hearing Committee, 09 October 2020 - 10 October 2020............................. .541

| | | |
|---|---|---|
| G. | Report and Recommendation of Faculty Grievance Hearing Committee | ......1089 |
| H. | Response from Interim Provost and Executive Vice Chancellor and Notice of Intent to Reject Faculty Grievance Hearing Committee Recommendation, 04 December 2020 | .......1106 |
| I. | Faculty Grievance Hearing Committee Response to Interim Provost's Intent to Reject Recommendation, 10 December 2020 | ...1109 |
| J. | Interim Provost and Executive Vice Chancellor Decision re Plaintiff's 604 Grievance, 16 December 2020 | 1120 |
| K. | Plaintiff's Appeal of 604 Grievance Decision to Chancellor Sheri Everts, 02 January 2021 | .1122 |
| L. | Chancellor Decision re Plaintiff's 604 Grievance Appeal, 14 January 2021 | ....1124 |
| M. | Plaintiff's Appeal of 604 Decision to Appalachian State University Board of Trustees, 27 January 2021 | .........1130 |
| N. | Final Agency Decision Letter from Appalachian State University Board of Trustees, 30 March 2021 | .1133 |