IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-cv-00003

| ERIC KARCHMER, | |
|---|---|
| Plaintiff, | |
| v. | **CONSENT BY** |
| APPALACHIAN STATE UNIVERSITY and SHERI EVERTS Chancellor of Appalachian State University, in her official capacity, | **ERIC KARCHMER** |
| Defendants. | |

I, Eric Karchmer, state and say:

1. I am the Plaintiff in this case.

2. My counsel, Bruce L. Kaplan, has informed me that he believes a conflict has developed between us such that he can no longer continue to represent me.

3. I agree that Bruce L. Kaplan's representation of me can no longer continue in light of the conflict.

4. Bruce L. Kaplan has informed me that he intends to file a motion to withdraw as counsel.

5. I consent to Bruce L. Kaplan's withdrawal as counsel.

6. I understand that Bruce L. Kaplan's motion to withdraw as counsel will include a request that this case be stayed for fourteen days in order to allow me time to find new counsel, if I so choose.

7. I understand that Bruce L. Kaplan's motion to withdraw as counsel will include a request that the Court extend the deadline for me, either personally or through new counsel, to respond to the Defendants' Motion to Dismiss and to submit a supporting memorandum of

1

law for an additional thirty days, through and including May 2, 2023.

8. I understand that if I do not timely respond to the Defendants' Motion to Dismiss and submit a supporting memorandum of law, the Court may take adverse action against my claims in this case.

This the 31st day of March, 2023

                                          ERIC KARCHMER

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the following:

>  Anne Phillips Martin
>  Assistant Attorney General
>  amartin@ncdoj.gov
>  North Carolina Department of Justice
>  PO Box 629
>  Raleigh, NC 27602
>  Tel: 919-716-6920
>  Fax: 919-716-6764
>  Counsel for Defendants

                            BRUCE KAPLAN, ATTORNEY AT LAW

                            BY: /s/ Bruce L. Kaplan
                                BRUCE L. KAPLAN
                                N.C. State Bar No. 9900
                                P.O. Box 455
                                Boone, NC 28607
                                Tel.: 828-264-7652
                                Fax: 828-264-5637
                                Bruce.kaplan@att.net