IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-cv-00003

ERIC KARCHMER,

Plaintiff,

v.

APPALACHIAN STATE UNIVERSITY and SHERI EVERTS Chancellor of Appalachian State University, in her official capacity,

Defendants.

**ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND SUBMIT HIS SUPPORTING MEMORANDUM OF LAW**

Based upon the foregoing Motion, and for good cause shown, it is ORDERED that Plaintiff may have up to and including May 2, 2023, within which to serve his response to motion to dismiss and supporting memorandum of law.

This the _____ day of _____, 2023.

_____
Presiding Judge/Magistrate Judge/Clerk